APPEAL No. 1850. ROBERT ST. LAURENT *v.* KAISER ALUMINUM & CHEMICAL CORPORATION. Order entered on August 8, 1972 granting a stay of operation and effect of the decree of Work-

men's Compensation Commission of August 1, 1972 is vacated. *Lovett and Linder, Ltd., Raul L. Lovett,* for petitioner. *Ambrose W. Carroll,* for respondent.